UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Alice Rhoda Turner | **Case No :** | 10−52612 − A − 7 |
| | | **Date :** | 3/7/11 |
| | | **Time :** | 10:00 |
| **Matter :** | [11] − Motion/Application to Compel Abandonment [DBJ−1] Filed by Debtor Alice Rhoda Turner (Fee Paid $150) (maws) | | UNOPPOSED |
| **Judge :** | Michael S. McManus | | |
| **Courtroom Deputy :** | Sarah Head | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)     Debtor(s) Attorney − Douglas B. Jacobs
**Respondent(s) :**
None

MOTION was :
Granted in part
See final ruling below.

ORDER TO BE PREPARED BY :        Movant(s)

Final Ruling: The motion will be granted in part.

The debtor requests an order compelling the trustee to abandon the debtor's 50% interest in a coffee shop, Mug Shots Coffee House.

11 U.S.C. § 554(b) provides that on request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

The identified business assets include inventory and supplies with a scheduled value of $5,123.50. See Schedule B. The debtor has claimed all property with value as exempt. See Schedule C.

Given the exemption claims, the court concludes that the business assets identified above are of inconsequential value to the estate.

However, Schedule B lists other assets that may be part of the business, including, without limitation, at least one bank account. Yet, the motion mentions no bank accounts. In light of this, the court will permit abandonment of the business, but only to the extent of the inventory and supplies as identified by the motion. The motion will be granted as provided in this ruling.